Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William T Hutchinson Sr.
Karen S Hutchinson**
   Debtor(s)

Bankruptcy Case No.: 17–70463–JAD
Issued Per Dec. 21, 2017 Proceeding
Chapter: 13
Docket No.: 41 – 12, 25
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

     IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 20, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: I.R.S. at Claim No. 1; PA Department of Revenue at Claim No. 2; Indiana County Tax Claim Bureau at Claim No. 4 .

☐ H.   Additional Terms:

*(2.)*   ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: April 24, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70463-JAD
William T Hutchinson, Sr.                                                 Chapter 13
Karen S Hutchinson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 2               Date Rcvd: Apr 24, 2018
                              Form ID: 149            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2018.
```
db/jdb         +William T Hutchinson, Sr.,    Karen S Hutchinson,    75 Privateroad 5069,
                 Commodore, PA 15729-9116
14643582        Access Services - VIN Capitol,    P.O. Box 157,    Tampa, FL 33603
14643584       +Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14661269        CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
14643585       +Citifinancia,   300 Saint Paul Pl,     Baltimore, MD 21202-2120
14643590       +Holiday Financial Serv,    300 Walmart Dr Ste 150,    Ebensburg, PA 15931-4214
14643591       +Indiana County Tax Claim Bureau,     825 Philadelphia Street,    Indiana, PA 15701-3951
14662005        Navient Solutions, LLC. on behalf of,     Educational Credit Management Corporatio,
                 PO BOX 16408,   St. Paul, MN 55116-0408
14643594      #+Northwest Consumer Discount Company,     PO Box 456,   Punxsutawney, PA 15767-0456
14643595       +Penelec,   76 S. Main Street A-RPC,     Akron, OH 44308-1812
14724926       +Penelec,   c/o FirstEnergy,    Building #1, Suite 1-511,    101 Crawford's Corner,
                 Holmdel, NJ 07733-1976
14643597       +Tek Collect,   871 Park St,    Columbus, OH 43215-1441
14643598       +United Auto Credit Co,    1071 Camelback St Ste 10,    Newport Beach, CA 92660-3046
14643599        Westlake Financial Svc,    PO Box 141419,    Irving, TX 75014-1419
14726444       +Wilmington Savings Fund Society,     c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,   San Diego, CA 92177-7921
14750508       +Wilmington Savings Fund Society, FSB,     Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14643583       +E-mail/Text: EBNProcessing@afni.com Apr 25 2018 01:54:25     Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
14643586       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2018 01:54:04     Commonwealth of Pennsylvania,
                 Department of Revenue,    Strawberry Square,    Fourth & Walnut Streets,
                 Harrisburg, PA 17128-0001
14643587       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 25 2018 02:00:02     Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
14643588       +E-mail/Text: bankruptcynotice@fcbanking.com Apr 25 2018 01:53:47     First Commonwealth Ban,
                 601 Philadelphia St,    Indiana, PA 15701-3952
14643589       +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Apr 25 2018 01:53:45
                 Full Service Network,    600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
14643592        E-mail/Text: cio.bncmail@irs.gov Apr 25 2018 01:53:51     IRS,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14699354        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2018 02:00:02
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14699357        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2018 02:00:29
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14643593       +E-mail/PDF: pa_dc_claims@navient.com Apr 25 2018 02:00:25     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14643596        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2018 02:00:22
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
14726077        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2018 02:19:48
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14655006        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2018 01:54:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
14678889        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2018 01:59:35     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
14773934       +E-mail/Text: peritus@ebn.phinsolutions.com Apr 25 2018 01:55:05
                 Westlake - C/O Peritus Portfolio Services,     P.O. Box 141419,    Irving, TX 75014-1419
                                                                                               TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Westlake Financial Svc
cr              Wilmington Savings Fund Society, FSB, as trustee o
cr*             Westlake C/O Peritus Portfolio Services,    P.O. Box 141419,    IRVING, TX 75014-1419
14712684*     ++PORTFOLIO RECOVERY ASSOCIATES,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
14783797*       Westlake C/O Peritus Portfolio Services,    P.O. Box 141419,    Irving, TX 75014-1419
                                                                                     TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7          User: jhel             Page 2 of 2            Date Rcvd: Apr 24, 2018
                              Form ID: 149           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2018 at the address(es) listed below:

              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Karen S Hutchinson thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor William T Hutchinson, Sr. thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5