# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Case No. 17-70463-JAD |
| William T. Hutchinson, Sr. and : | |
| Karen S. Hutchinson, : | Chapter 13 |
| Debtors : | |
| : | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED SEPTEMBER 24, 2018

I, Kenneth P. Seitz, Esquire for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 27th day of September, 2018, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated September 24, 2018, along with a copy of the Order dated September 25, 2018, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: September 27, 2018

Respectfully submitted,
__/s/ Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 17-70463-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Jul  6 11:03:18 EDT 2017 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Access Services - VIN Capitol<br>P.O. Box 157<br>Tampa, FL 33603 |
| Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 | Capital One Bank, N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Citifinancia<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 |
| Commonwealth of Pennsylvania<br>Department of Revenue<br>Strawberry Square<br>Fourth & Walnut Streets<br>Harrisburg, PA 17128-0001 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | First Commonwealth Ban<br>601 Philadelphia St<br>Indiana, PA 15701-3952 |
| Full Service Network<br>600 Grant St Fl 30<br>Pittsburgh, PA 15219-2709 | Holiday Financial Serv<br>300 Walmart Dr Ste 150<br>Ebensburg, PA 15931-4214 | IRS<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Indiana County Tax Claim Bureau<br>825 Philadelphia Street #2<br>Indiana, PA 15701-3951 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Northwest Consumer Dis<br>101 E Mahoning St<br>Punxsutawney, PA 15767-2012 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Penelec<br>76 S. Main Street A-RPC<br>Akron, OH 44308-1812 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Tek Collect<br>871 Park St<br>Columbus, OH 43215-1441 | United Auto Credit Co<br>1071 Camelback St Ste 10<br>Newport Beach, CA 92660-3046 | Westlake Financial Svc<br>4751 Wilshire Bvld<br>Los Angeles, CA 90010-3827 |
| Karen S Hutchinson<br>75 Privateroad 5069<br>Commodore, PA 15729-9116 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| William T Hutchinson Sr.<br>75 Privateroad 5069<br>Commodore, PA 15729-9116 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).