# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy No. 17-70463-JAD |
| William T. Hutchinson and | : |
| Karen S. Hutchinson, | : Chapter 13 |
| Debtors | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 28th day of September, 2018, a true and correct copy of the Order dated September 25, 2018, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

DIAMOND DRUGS, INC.
645 KOLTER DRIVE COMMERCE PARK
INDIANA, PA 15701

WILLIAM T. HUTCHINSON
KAREN S. HUTCHINSON
75 PRIVATEROAD 5069
COMMODORE, PA 15729

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: September 28, 2018 | __/s/Kenneth P. Seitz, Esquire_ |
| | Kenneth P. Seitz, Esquire |
| | PA I.D. # 81666 |
| | The Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |
| | Attorney for Debtors |