# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy No. 17-70463-JAD |
| William T. Hutchinson and | : |
| Karen S. Hutchinson, | : Chapter 13 |
| Debtors | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of October, 2018, a true and correct copy of the Order dated October 18, 2018, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> DIAMOND DRUGS, INC.
> 645 KOLTER DRIVE COMMERCE PARK
> INDIANA, PA 15701
>
> WILLIAM T. HUTCHINSON
> KAREN S. HUTCHINSON
> 75 PRIVATEROAD 5069
> COMMODORE, PA 15729
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: October 19, 2018

Respectfully submitted,
   /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors