IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Bankruptcy No. 17-70463-JAD |
| William T. Hutchinson and | : |
| Karen S. Hutchinson, | : Chapter 13 |
| Debtors | : |
| | : Related To Doc. No. 51 |
| Karen S. Hutchinson, | : |
| Movant | : Filed Under Local Bankruptcy |
| | : Rule 9013.4 Para. 6(c) |
| vs. | : |
| | : |
| Diamond Drugs, Inc. | : |
| 645 Kolter Drive Commerce Park | : |
| Indiana, PA 15701 | : |
| Respondent | : |
| and | : |
| | : |
| Ronda J. Winnecour, Esquire, | : |
| Chapter 13 Trustee, | : |
| Additional Respondent | : |
| | : |
| Social Security No. xxx-xx-6493 | : |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with the Diamond Drugs, Inc., 645 Kolter Drive Commerce Park, Indiana, PA 15701 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this 18th day of October, 2018.

_____  mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
   Karen S. and William T. Hutchinson, Sr.
   Kenneth P. Seitz, Esquire
   Diamond Drugs, Inc.
   Ronda J. Winnecour, Esquire
   Office of United Statesd Trustee

FILED
10/18/18 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William T Hutchinson, Sr.
Karen S Hutchinson
    Debtors

Case No. 17-70463-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: msch              Page 1 of 1              Date Rcvd: Oct 18, 2018
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.
db/jdb        +William T Hutchinson, Sr.,   Karen S Hutchinson,   75 Privateroad 5069,   Commodore, PA 15729-9116
               Diamond Drugs, Inc.,   Attn: Payroll Manager,   645 Kolter Drive Commerce Park,   Indiana, PA  15701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:
              James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Kenneth P. Seitz   on behalf of Joint Debtor Karen S Hutchinson thedebterasers@aol.com
              Kenneth P. Seitz   on behalf of Debtor William T Hutchinson, Sr. thedebterasers@aol.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 5