PAWB FORM 11 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-70463-JAD |
| William T. Hutchinson and | : |
| Karen S. Hutchinson, | : Chapter 13 |
|     Debtors | : |
| | : Document No. 52 |
| Karen S. Hutchinson, | : |
|     Movant | : |
| | : |
| v. | : |
| | : |
| AristaCare | : |
| 383 Mountain View Drive | : |
| Hillsdale, PA 15746 | : |
|     Respondent | : |
| | : |
| and | : |
| | : |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee | : |
|     Additional Respondent | : |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor having filed a Chapter 13 petition and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

ARISTACARE
383 MOUNTAIN VIEW DRIVE
HILLSDALE, PA 15746

shall deduct from that income the sum of **$784.62**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR, ESQUIRE
CHAPTER 13 TRUSTEE, W.D.PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court. **

DATED this 18th day of October, 2018.

_____
Jeffery A. Deller                    mas
United States Bankruptcy Judge

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CASE ADMINISTRATOR SHALL SERVE:
    Karen S. and William R. Hutchinson, Sr.
    Kenneth P. Seitz, Esquire
    Arista Care
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
10/18/18 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William T Hutchinson, Sr.
Karen S Hutchinson
    Debtors

Case No. 17-70463-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: msch              Page 1 of 1           Date Rcvd: Oct 18, 2018
                               Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.
db/jdb       +William T Hutchinson, Sr.,   Karen S Hutchinson,   75 Privateroad 5069,   Commodore, PA 15729-9116
                AristaCare,   Attn: Payroll Manager,   383 Mountain View Drive,   Hillsdale, PA  15746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:
           James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
           Kenneth P. Seitz   on behalf of Joint Debtor Karen S Hutchinson thedebterasers@aol.com
           Kenneth P. Seitz   on behalf of Debtor William T Hutchinson, Sr. thedebterasers@aol.com
           Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5