# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | WILLIAM T & KAREN S HUTCHINSON |
| **Case Number:** | 17-70463-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 15, 2018 10:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
11/16/18 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#44 Amended Plan Dated 9/24/2018 (FC)
R / M #:  44 / 0

*Appearances:*

Debtor: *Seitz*
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓___ The plan payment/term is increased/extended to _____, effective _____.
7. __✓___ Plan/Motion continued to __12/6/18__ at __2:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*continue for wage attachment*

11/8/2018    9:16:12AM