**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM T HUTCHINSON, SR.<br>KAREN S HUTCHINSON<br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>　　　　　Movant<br>　　vs.<br>INDIANA CTY TAX CLAIM BUREAU<br>　　　　　Respondents | Case No. 17-70463JAD<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| INDIANA CTY TAX CLAIM BUREAU<br>825 PHILADELPHIA ST<br>INDIANA, PA 15701 | Court claim# 4/Trustee CID# 5 |

The Movant further certifies that on 10/14/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| WILLIAM T HUTCHINSON, SR., KAREN S HUTCHINSON, 75 PRIVATEROAD 5069, COMMODORE, PA  15729 | KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658 |

ORIGINAL CREDITOR:
INDIANA CTY TAX CLAIM BUREAU, 825 PHILADELPHIA ST, INDIANA, PA 15701

NEW CREDITOR: