**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 7:17-bk-70463-JAD |
| | ) |
| **WILLIAM T. HUTCHINSON, SR.** | ) Chapter 13 |
| **KAREN S. HUTCHINSON,** | ) |
| | ) **REQUEST FOR NOTICE** |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**REQUEST OF SN SERVICING FOR SERVICE**
**OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:    **UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES**

   **PLEASE TAKE NOTICE** that **SN SERVICING CORPORATION AS SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE OF LB-CABANA SERIES IV TRUST** ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

**PHYSICAL ADDRESS:**                          **EMAIL ADDRESS:**

SN Servicing Corporation                          BKNotices@snsc.com
323 5th Street
Eureka, CA 95501

Dated:  June 17, 2021                 By: /s/ Kathy Watson
                                          Kathy Watson
                                          c/o SN Servicing Corporation
                                          Bankruptcy Asset Manager
                                          323 5th Street
                                          Eureka, CA 95501
                                          Telephone: 800-603-0836
                                          Email: BKNotices@snservicing.com

REQUEST FOR NOTICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:                                          ) Case No.: 7:17-bk-70463-JAD
                                                )
                                                ) Chapter 13
                                                )
**WILLIAM T. HUTCHINSON, SR.**                  )
**KAREN S. HUTCHINSON,**                        ) **CERTIFICATE OF SERVICE**
                                                )
      Debtors.                                  )
                                                )
                                                )
                                                )
                                                )
                                                )
                                                )
_____ )

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Miami-Dade, State of Florida.  I am over the age of eighteen and not a party to the within action.  My business address is: 1031 North Miami Beach Blvd., North Miami Beach, FL 33162.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

2    On June 17, 2021 I served the following documents described as:

3    •    **REQUEST FOR NOTICE**

4    on the interested parties in this action by  placing a true and correct copy thereof in a sealed

5    envelope addressed as follows:

6    (Via United States Mail)

7

8    *Debtor*                                           *Joint Debtor*
     **William T Hutchinson, Sr.**                      **Karen S Hutchinson**
9    75 Privateroad 5069                                75 Privateroad 5069
     Commodore, PA 15729                                Commodore, PA 15729

10

11   *Debtor's Counsel*                                 *Trustee*
     **Kenneth P. Seitz, Esq.**                         **Ronda J. Winnecour**
12   P.O. Box 211                                       Suite 3250, USX Tower
     Ligonier, PA 15658                                 600 Grant Street
13                                                      Pittsburgh, PA 15219

14   *U.S. Trustee*
     **Office of the United States Trustee**
15   Liberty Center
     1001 Liberty Avenue, Suite 970
16   Pittsburgh, PA 15222

17   _xx____(By First Class Mail) At my business address, I placed such envelope for deposit with the
     United States Postal Service  by placing them for collection and mailing on that date following
18   ordinary business practices.

19   _____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the
     Eastern District of California
20

21   _xx___ (Federal) I declare under penalty of perjury under the laws of the United States of
     America that the foregoing is true and correct.
22

23           Executed on June 17, 2021 at North Miami Beach, Florida

24    */s/ Ricardo Becker*
     Ricardo Becker
25

26

27

28

**2**
CERTIFICATE OF SERVICE