**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM T HUTCHINSON, SR.<br>KAREN S HUTCHINSON<br><br>    Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>    Movant<br>vs.<br>WILMINGTON SAVINGS FUND SOCIETY<br>FSB - TRUSTEE STANWICH MTG LOAN<br>TRUST A    Respondents | Case No. 17-70463JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to UNKNOWN. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY<br>FSB - TRUSTEE STANWICH MTG LOAN<br>TRUST A<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Court claim# 5/Trustee CID# 34 |

The Movant further certifies that on 07/08/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
WILLIAM T HUTCHINSON, SR.,
KAREN S HUTCHINSON, 75
PRIVATEROAD 5069, COMMODORE,
PA  15729

ORIGINAL CREDITOR:
WILMINGTON SAVINGS FUND
SOCIETY FSB - TRUSTEE STANWICH
MTG LOAN TRUST A, C/O
CARRINGTON MORTGAGE SVCS LLC,
PO BOX 3730, ANAHEIM, CA  92806

NEW CREDITOR:
UNKNOWN

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW
OFFICES OF KENNY P SEITZ, POB
211, LIGONIER, PA  15658

ORIGINAL CREDITOR'S COUNSEL:
BRIAN C NICHOLAS ESQ, KML LAW
GROUP PC, 701 MARKET ST STE
5000, PHILADELPHIA, PA  19106