# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : **Bankruptcy No. 17-70463-JAD**
**William T. Hutchinson and**                       :
**Karen S. Hutchinson,**                            : **Chapter 13**
      **Debtors**     :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 1st day of April, 2022, a true and correct copy of the Order dated March 31, 2022, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    EMBASSY HEALTHCARE
    383 MOUNTAIN VIEW DRIVE
    HILLSDALE, PA 15746

    WILLIAM T. HUTCHINSON
    KAREN S. HUTCHINSON
    75 PRIVATEROAD 5069
    COMMODORE, PA 15729

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>April 1, 2022</u>

    Respectfully submitted,
    /s/ Jessica L. Tighe
    Jessica L. Tighe; Legal Asst.
    Law Offices of Kenny P. Seitz
    P. O. Box 211
    Ligonier, PA  15658
    (814) 536-7470