**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/14/2022

IN RE:

WILLIAM T HUTCHINSON, SR.
KAREN S HUTCHINSON
75 PRIVATEROAD 5069
COMMODORE, PA  15729
XXX-XX-1712          Debtor(s)

XXX-XX-6493

Case No.17-70463 JAD

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/14/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)++**<br>POB 70923<br>CHARLOTTE, NC  28272-0923 | 1 | 0.00% |  | UNSECURED CREDITOR | 3732 | 0.00 | 672009180313732*1516.55 PERSONAL LOAN FORGIVEN/CR/LTR |
| **US BANK TRUST NA - TRUSTEE OF CABANA SE**<br>C/O SN SERVICING CORP<br>323 5TH ST*<br>EUREKA, CA  95501 | 2 | 0.00% | 5 | MORTGAGE REGULAR PAYMEN | 6644 | 0.00 | CL5GOV W/PMT CHNGS*656/PL*PMT/NTC-DECL*DK4LMT*BGN 7/17*FR CITI-DOC 3: |
| **WESTLAKE FINANCIAL SERVICES****<br>C/O PERITUS PORTFOLIO SERVICES - SERVICE<br>PO BOX 141419<br>IRVING, TX  75014-1419 | 3 | 5.00% | 11 | VEHICLE | 8787 | 14,579.43 | 14580@5%@263.64MO/PL*FR WESTLAKE-DOC 37*W/30*DKT |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | 4 | 0.00% | 2 | PRIORITY CREDITOR | 1712 | 356.84 | NO$/SCH*CL2GOV*357@0%/PL |
| **INDIANA COUNTY TAX CLAIM BUREAU**<br>825 PHILADELPHIA ST<br>INDIANA, PA  15701 | 5 | 9.00% | 4 | SECURED CREDITOR | 0392 | 7,072.18 | PMTS PROPER/CONF*2003514000000020392*5140~15-16@PRI/SCH*7584@9%/PL*11 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | 6 | 0.00% | 1 | PRIORITY CREDITOR | 1712 | 17,598.89 | 6493~10-16/SCH*17599@0%/PL |
| **ACCESS SERVICES**<br>PO BOX 157<br>TAMPA, FL  33603 | 7 | 0.00% |  | UNSECURED CREDITOR |  | 0.00 | VIN CAPITOL/SCH |
| **AFNI**<br>P.O. BOX 3097<br>BLOOMINGTON, IL  61702 | 8 | 0.00% |  | UNSECURED CREDITOR | 5858 | 0.00 | DISH NETWORK/SCH |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | 9 | 0.00% | 13 | UNSECURED CREDITOR | 1392 | 711.38 | CREDIT ONE BANK |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | 10 | 0.00% | 12 | UNSECURED CREDITOR | 0040 | 455.03 | CREDIT ONE BANK |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **FIRST COMMONWEALTH BANK*** <br> POB 400* <br><br> INDIANA, PA 15701 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1524 |
| **FULL SERVICE NETWORK** <br> 600 GRANT ST STE 3075 <br><br> PITTSBURGH, PA 15219-2714 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9023 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 968.45 <br> COMMENT: 3306/SCH*CREDIT ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2849 |
| **LOMBARDO DANIELS AND MOSS** <br> 7925 N TYRONE ST 212 <br><br> CHARLOTTE, NC 28262 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0622 |
| **NAVIENT SOLUTIONS INC O/B/O ECMC** <br> C/O ECMC(*) <br> LOCK BOX #8682 <br> PO BOX 16478 <br> ST PAUL, MN 55116-0478 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 31,935.47 <br> COMMENT: 0308/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6493 |
| **NAVIENT SOLUTIONS INC O/B/O ECMC** <br> C/O ECMC(*) <br> LOCK BOX #8682 <br> PO BOX 16478 <br> ST PAUL, MN 55116-0478 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 6,751.69 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1712 |
| **NORTHWEST BANK S/B/M NORTHWEST CDC**** <br> PO BOX 337 <br> 100 LIBERTY ST <br><br> WARREN, PA 16365 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 3-2 <br> CLAIM: 2,869.15 <br> COMMENT: 0002/SCH*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9150 |
| **PENELEC/FIRST ENERGY**** <br> 101 CRAWFORDS CORNER RD BLDG #1 STE 1-5 <br> PO BOX 367 <br><br> HOLMDEL, NJ 07733 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 16 <br> CLAIM: 4,378.96 <br> COMMENT: 2891/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8201 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 541.44 <br> COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0507 |
| **TEK COLLECT** <br> POB 1269 <br><br> COLUMBUS, OH 43216 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~EAGLE AIR SVC/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4466 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 17<br><br>CLAIM: 10,689.47<br>COMMENT: 0001/SCH*UNITED AUTO CREDIT*DEFICIENCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4127 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 20.50<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6493 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 3,951.97<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6493 |
| **US BANK TRUST NA - TRUSTEE OF CABANA SE**<br>C/O SN SERVICING CORP<br>323 5TH ST\*<br><br>EUREKA, CA 95501 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 7,763.99<br>COMMENT: CL5GOV\*7764/PL\*THRU 6/17\*FR CITIFINANCIAL SERVICING-DOC 32\*FR WILMINGT( | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6644 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 121.51<br>COMMENT: NT/SCH\*LAST TRANSACTION: 6/25/2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 105.97<br>COMMENT: NT/SCH\*LAST TRANSACTION 7/7/2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2663 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 683.04<br>COMMENT: NT/SCH\*CHARGE OFF 5/12/2014 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4781 |
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br><br>SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: WILMINGTON SVNGS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WESTLAKE FINANCIAL SERVICES\*\***<br>C/O PERITUS PORTFOLIO SERVICES - SERVICE<br>PO BOX 141419<br><br>IRVING, TX 75014-1419 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 11-2<br><br>CLAIM: 0.00<br>COMMENT: AMD CL=14579.43~REPLACED BY POA-DOC 37\*W/3 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8787 |

| Creditor | Trustee Claim | Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 31  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARRINGTON MORT~WILMINGTON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 32  INT %: 4.00% | Court Claim Number: 2<br>CLAIM: 553.39<br>COMMENT: CL2GOV*554@3%/PL*NO SEC/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1712 |
| **US BANK TRUST NA - TRUSTEE OF CABANA SE**<br>C/O SN SERVICING CORP<br>323 5TH ST*<br>EUREKA, CA 95501 | Trustee Claim Number: 33  INT %: 0.00% | Court Claim Number: 5<br>CLAIM: 314.87<br>COMMENT: PAY/CONF*NT PROV/PL*NTC POSTPET FEES/EXP*REF CL*FR WILMINGTON/CARR | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6644 |
| **US BANK TRUST NA - TRUSTEE OF CABANA SE**<br>C/O SN SERVICING CORP<br>323 5TH ST*<br>EUREKA, CA 95501 | Trustee Claim Number: 34  INT %: 0.00% | Court Claim Number: 5<br>CLAIM: 287.15<br>COMMENT: PAY/CONF*NT PROV/PL*SUPP NTC POSTPET FEE/EXP: 8/30/2019*REF CL*FR WILM | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6644 |
| **US BANK TRUST NA - TRUSTEE OF CABANA SE**<br>C/O SN SERVICING CORP<br>323 5TH ST*<br>EUREKA, CA 95501 | Trustee Claim Number: 35  INT %: 0.00% | Court Claim Number: 5<br>CLAIM: 2,130.56<br>COMMENT: PAY/CONF*$/PL*NTC-POSTPET FEE/EXP*REF CL*TAX ADV 9/20*FR WILMINGTON/C | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6644 |
| **SN SERVICING CORP(*)**<br>323 5TH ST*<br>EUREKA, CA 95501 | Trustee Claim Number: 36  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |