**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/28/22 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　WILLIAM T HUTCHINSON, SR.<br>　KAREN S HUTCHINSON<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　　vs.<br>　WILLIAM T HUTCHINSON, SR.<br>　KAREN S HUTCHINSON<br><br>　　　Respondents | Case No.17-70463JAD<br><br>Chapter 13<br><br>Related to ECF 98 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __28th__ day of __July__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that

Embassy Healthcare
Attn: Payroll Manager
383 Mountain View Dr
Hillsdale, PA 15746

is hereby ordered to immediately terminate the attachment of the wages of KAREN S HUTCHINSON, social security number XXX-XX-6493. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KAREN S HUTCHINSON.

BY THE COURT:

_____
JEFFERY R. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-70463-JAD

William T Hutchinson, Sr.     Chapter 13

Karen S Hutchinson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2

Date Rcvd: Jul 28, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William T Hutchinson, Sr., Karen S Hutchinson, 75 Privateroad 5069, Commodore, PA 15729-9116 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com

Kenneth P. Seitz
    on behalf of Joint Debtor Karen S Hutchinson thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor William T Hutchinson  Sr. thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Jul 28, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 5