**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bankruptcy Case No.: 17–70463–JAD

**William T Hutchinson Sr.**
**Karen S Hutchinson**
   Debtor(s)

Chapter: 13
Docket No.: 106 – 105

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/21/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/12/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

William T Hutchinson, Sr.

Karen S Hutchinson

    Debtors

Case No. 17-70463-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7

Date Rcvd: Oct 26, 2022

User: auto

Form ID: 408

Page 1 of 3

Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William T Hutchinson, Sr., Karen S Hutchinson, 75 Privateroad 5069, Commodore, PA 15729-9116 |
| 14643582 | | Access Services - VIN Capitol, P.O. Box 157, Tampa, FL 33603 |
| 14661269 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14643590 | + | Holiday Financial Serv, 300 Walmart Dr Ste 150, Ebensburg, PA 15931-4214 |
| 14643591 | + | Indiana County Tax Claim Bureau, 825 Philadelphia Street, Indiana, PA 15701-3951 |
| 14662005 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14643594 | + | Northwest Consumer Discount Company, PO Box 456, Punxsutawney, PA 15767-0456 |
| 14724926 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner, Holmdel, NJ 07733-1976 |
| 14643595 | + | Penelec, 76 S. Main Street A-RPC, Akron, OH 44308-1812 |
| 14643597 | + | Tek Collect, 871 Park St, Columbus, OH 43215-1441 |
| 14643599 | | Westlake Financial Svc, PO Box 141419, Irving, TX 75014-1419 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotices@snsc.com | Oct 26 2022 23:49:00 | U.S. Bank Trust, N.A., as Trustee of LB-Cabana Ser, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14643583 | + | Email/Text: EBNProcessing@afni.com | Oct 26 2022 23:49:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14643584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:47:31 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14643585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:13 | Citifinancia, 300 Saint Paul Pl, Baltimore, MD 21202-2120 |
| 14643586 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 23:48:00 | Commonwealth of Pennsylvania, Department of Revenue, Strawberry Square, Fourth & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14643587 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2022 23:46:42 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14643588 | + | Email/Text: SAABankruptcy@fcbanking.com | Oct 26 2022 23:48:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14643589 | + | Email/Text: fsncustbrnotice@fullservicenetwork.com | Oct 26 2022 23:48:00 | Full Service Network, 600 Grant St Fl 30, Pittsburgh, PA 15219-2702 |
| 14643592 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2022 23:48:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14699354 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:38 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital |

District/off: 0315-7                          User: auto                                    Page 2 of 3
Date Rcvd: Oct 26, 2022                        Form ID: 408                          Total Noticed: 32

| | | | |
|---|---|---|---|
| | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699357 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 26 2022 23:47:37 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14643593 | + | Email/PDF: pa_dc_claims@navient.com | |
| | | Oct 26 2022 23:47:34 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14643596 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Oct 26 2022 23:46:48 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14726077 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Oct 26 2022 23:47:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14655006 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Oct 26 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15395447 | ^ | MEBN | |
| | | Oct 26 2022 23:42:30 | U.S. Bank Trust, N.A. as Trustee, of the LB-Cabana Series IV Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14643598 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | |
| | | Oct 26 2022 23:48:00 | United Auto Credit Co, 1071 Camelback St Ste 10, Newport Beach, CA 92660-3046 |
| 14678889 | | Email/PDF: ebn_ais@aisinfo.com | |
| | | Oct 26 2022 23:46:49 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14773934 | + | Email/Text: peritus@ebn.phinsolutions.com | |
| | | Oct 26 2022 23:49:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 14726444 | + | Email/Text: ecfbnc@aldridgepite.com | |
| | | Oct 26 2022 23:48:00 | Wilmington Savings Fund Society, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14750508 | + | Email/Text: BKBCNMAIL@carringtonms.com | |
| | | Oct 26 2022 23:48:00 | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Westlake Financial Svc |
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | U.S. Bank Trust, N.A., as Trustee of LB-Cabana Ser, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| cr | * | Westlake C/O Peritus Portfolio Services, P.O. Box 141419, IRVING, TX 75014-1419 |
| 14712684 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14783797 | * | Westlake C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-7                                  User: auto                                          Page 3 of 3
Date Rcvd: Oct 26, 2022                            Form ID: 408                                     Total Noticed: 32

Date: Oct 28, 2022                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Karen S Hutchinson thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor William T Hutchinson  Sr. thedebterasers@aol.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee of LB-Cabana Series IV Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6