**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM T HUTCHINSON, SR.<br>KAREN S HUTCHINSON<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:17-70463 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


October 25, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/14/2017 and confirmed on 8/18/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,579.50 |
| Less Refunds to Debtor | 140.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,439.03 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,279.00 | |
|    Trustee Fee | 4,455.76 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,734.76 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE OF CABA | 0.00 | 36,108.54 | 0.00 | 36,108.54 |
|     Acct: 6644 | | | | |
|   US BANK TRUST NA - TRUSTEE OF CABA | 7,763.99 | 7,763.99 | 0.00 | 7,763.99 |
|     Acct: 6644 | | | | |
|   INDIANA COUNTY TAX CLAIM BUREAU | 7,072.18 | 7,072.18 | 1,491.69 | 8,563.87 |
|     Acct: 0392 | | | | |
|   PA DEPARTMENT OF REVENUE* | 553.39 | 553.39 | 60.76 | 614.15 |
|     Acct: 1712 | | | | |
|   WESTLAKE FINANCIAL SERVICES** | 14,579.43 | 14,579.43 | 1,953.37 | 16,532.80 |
|     Acct: 8787 | | | | |
|   WESTLAKE FINANCIAL SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8787 | | | | |
| | | | | 69,583.35 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM T HUTCHINSON, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM T HUTCHINSON, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM T HUTCHINSON, SR. | 140.47 | 140.47 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,279.00 | 3,279.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 356.84 | 356.84 | 0.00 | 356.84 |
|     Acct: 1712 | | | | |
|   INTERNAL REVENUE SERVICE* | 17,598.89 | 17,598.89 | 0.00 | 17,598.89 |
|     Acct: 1712 | | | | |
|   US BANK TRUST NA - TRUSTEE OF CABA | 314.87 | 314.87 | 0.00 | 314.87 |
|     Acct: 6644 | | | | |
|   US BANK TRUST NA - TRUSTEE OF CABA | 287.15 | 287.15 | 0.00 | 287.15 |
|     Acct: 6644 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| US BANK TRUST NA - TRUSTEE OF CABA | 2,130.56 | 2,130.56 | 0.00 | 2,130.56 |
| Acct: 6644 | | | | |
| | | | | 20,688.31 |
| **Unsecured** | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3732 | | | | |
| ACCESS SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5858 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 711.38 | 4.79 | 0.00 | 4.79 |
| Acct: 1392 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 455.03 | 3.07 | 0.00 | 3.07 |
| Acct: 0040 | | | | |
| FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1524 | | | | |
| FULL SERVICE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9023 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 968.45 | 6.53 | 0.00 | 6.53 |
| Acct: 2849 | | | | |
| LOMBARDO DANIELS AND MOSS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0622 | | | | |
| NAVIENT SOLUTIONS INC O/B/O ECMC | 31,935.47 | 215.25 | 0.00 | 215.25 |
| Acct: 6493 | | | | |
| NAVIENT SOLUTIONS INC O/B/O ECMC | 6,751.69 | 45.51 | 0.00 | 45.51 |
| Acct: 1712 | | | | |
| NORTHWEST BANK S/B/M NORTHWEST ( | 2,869.15 | 19.34 | 0.00 | 19.34 |
| Acct: 9150 | | | | |
| PENELEC/FIRST ENERGY** | 4,378.96 | 29.51 | 0.00 | 29.51 |
| Acct: 8201 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 541.44 | 3.65 | 0.00 | 3.65 |
| Acct: 0507 | | | | |
| TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4466 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 10,689.47 | 72.05 | 0.00 | 72.05 |
| Acct: 4127 | | | | |
| PA DEPARTMENT OF REVENUE* | 20.50 | 0.14 | 0.00 | 0.14 |
| Acct: 1712 | | | | |
| INTERNAL REVENUE SERVICE* | 3,951.97 | 26.64 | 0.00 | 26.64 |
| Acct: 6493 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 121.51 | 0.82 | 0.00 | 0.82 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 105.97 | 0.71 | 0.00 | 0.71 |
| Acct: 2663 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 683.04 | 4.60 | 0.00 | 4.60 |
| Acct: 4781 | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SN SERVICING CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 432.61 |
| **TOTAL PAID TO CREDITORS** | | | | **90,704.27** |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 20,688.31 |
| SECURED | 29,968.99 |
| UNSECURED | 64,184.03 |

Date: 10/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   WILLIAM T HUTCHINSON, SR.
   KAREN S HUTCHINSON
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:17-70463 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-70463-JAD
William T Hutchinson, Sr.  Chapter 13
Karen S Hutchinson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3
Date Rcvd: Oct 26, 2022      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William T Hutchinson, Sr., Karen S Hutchinson, 75 Privateroad 5069, Commodore, PA 15729-9116 |
| 14643582 | | Access Services - VIN Capitol, P.O. Box 157, Tampa, FL 33603 |
| 14661269 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14643590 | + | Holiday Financial Serv, 300 Walmart Dr Ste 150, Ebensburg, PA 15931-4214 |
| 14643591 | + | Indiana County Tax Claim Bureau, 825 Philadelphia Street, Indiana, PA 15701-3951 |
| 14662005 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14643594 | + | Northwest Consumer Discount Company, PO Box 456, Punxsutawney, PA 15767-0456 |
| 14724926 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner, Holmdel, NJ 07733-1976 |
| 14643595 | + | Penelec, 76 S. Main Street A-RPC, Akron, OH 44308-1812 |
| 14643597 | + | Tek Collect, 871 Park St, Columbus, OH 43215-1441 |
| 14643599 | | Westlake Financial Svc, PO Box 141419, Irving, TX 75014-1419 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotices@snsc.com | Oct 26 2022 23:49:00 | U.S. Bank Trust, N.A., as Trustee of LB-Cabana Ser, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14643583 | + | Email/Text: EBNProcessing@afni.com | Oct 26 2022 23:49:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14643584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:46:35 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14643585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:12 | Citifinancia, 300 Saint Paul Pl, Baltimore, MD 21202-2120 |
| 14643586 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 23:48:00 | Commonwealth of Pennsylvania, Department of Revenue, Strawberry Square, Fourth & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14643587 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2022 23:47:09 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14643588 | + | Email/Text: SAABankruptcy@fcbanking.com | Oct 26 2022 23:48:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14643589 | + | Email/Text: fsncustbrnotice@fullservicenetwork.com | Oct 26 2022 23:48:00 | Full Service Network, 600 Grant St Fl 30, Pittsburgh, PA 15219-2702 |
| 14643592 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2022 23:48:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14699354 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:12 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699357 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:38 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14643593 | + | Email/PDF: pa_dc_claims@navient.com | Oct 26 2022 23:46:45 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14643596 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:10 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14726077 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14655006 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15395447 | ^ | MEBN | Oct 26 2022 23:42:32 | U.S. Bank Trust, N.A. as Trustee, of the LB-Cabana Series IV Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14643598 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Oct 26 2022 23:48:00 | United Auto Credit Co, 1071 Camelback St Ste 10, Newport Beach, CA 92660-3046 |
| 14678889 | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:46:50 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14773934 | + | Email/Text: peritus@ebn.phinsolutions.com | Oct 26 2022 23:49:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 14726444 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 26 2022 23:48:00 | Wilmington Savings Fund Society, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14750508 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 26 2022 23:48:00 | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Westlake Financial Svc |
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | U.S. Bank Trust, N.A., as Trustee of LB-Cabana Ser, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| cr | * | Westlake C/O Peritus Portfolio Services, P.O. Box 141419, IRVING, TX 75014-1419 |
| 14712684 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14783797 | * | Westlake C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 32 |

Date: Oct 28, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Karen S Hutchinson thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor William T Hutchinson Sr. thedebterasers@aol.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust N.A., as Trustee of LB-Cabana Series IV Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6