IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| William T. Hutchinson and | : | Bankruptcy No. 17-70463-JAD |
| Karen S. Hutchinson, | : | Chapter 13 |
| Debtors | : | |
| William T. Hutchinson and | : | Docket No. 109 |
| Karen S. Hutchinson, | : | |
| Movants | : | |
| v. | : | |
| No Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On September 6, 2022, at docket number 102, and docket number 103, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Kenneth P. Seitz, Esquire that he duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: November 4, 2022         By:    /s/ Kenneth P. Seitz, Esquire
                                                    Signature
                                                    Kenneth P. Seitz, Esquire
                                                    Name of Filer - Typed
                                                    P.O. Box 211, Ligonier, PA 15658
                                                    Address of Filer
                                                    TheDebtErasers@aol.com
                                                    Email Address of Filer
                                                    (814) 536-7470
                                                    Phone Number of Filer
                                                    81666 Pennsylvania
                                                    Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**