**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William T Hutchinson Sr. | Social Security number or ITIN   xxx–xx–1712 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Karen S Hutchinson | Social Security number or ITIN   xxx–xx–6493 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17–70463–JAD

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William T Hutchinson Sr.                    Karen S Hutchinson

12/13/22

**By the court:** Jeffery A. Deller
                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

William T Hutchinson, Sr.

Karen S Hutchinson

    Debtors

Case No. 17-70463-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William T Hutchinson, Sr., Karen S Hutchinson, 75 Privateroad 5069, Commodore, PA 15729-9116 |
| 14643582 | | Access Services - VIN Capitol, P.O. Box 157, Tampa, FL 33603 |
| 14661269 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14643590 | + | Holiday Financial Serv, 300 Walmart Dr Ste 150, Ebensburg, PA 15931-4214 |
| 14643591 | + | Indiana County Tax Claim Bureau, 825 Philadelphia Street, Indiana, PA 15701-3951 |
| 14662005 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14643594 | + | Northwest Consumer Discount Company, PO Box 456, Punxsutawney, PA 15767-0456 |
| 14724926 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner, Holmdel, NJ 07733-1976 |
| 14643595 | + | Penelec, 76 S. Main Street A-RPC, Akron, OH 44308-1812 |
| 14643597 | + | Tek Collect, 871 Park St, Columbus, OH 43215-1441 |
| 14643599 | | Westlake Financial Svc, PO Box 141419, Irving, TX 75014-1419 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 14 2022 04:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2022 23:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bknotices@snsc.com | Dec 13 2022 23:49:00 | U.S. Bank Trust, N.A., as Trustee of LB-Cabana Ser, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14643583 | + | Email/Text: EBNProcessing@afni.com | Dec 13 2022 23:48:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14643584 | + | EDI: CAPITALONE.COM | Dec 14 2022 04:48:00 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14643585 | + | EDI: CITICORP.COM | Dec 14 2022 04:48:00 | Citifinancia, 300 Saint Paul Pl, Baltimore, MD 21202-2120 |
| 14643586 | + | EDI: PENNDEPTREV | Dec 14 2022 04:48:00 | Commonwealth of Pennsylvania, Department of Revenue, Strawberry Square, Fourth & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14643586 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2022 23:48:00 | Commonwealth of Pennsylvania, Department of Revenue, Strawberry Square, Fourth & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14643587 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

District/off: 0315-7                     User: auto                                    Page 2 of 3

Date Rcvd: Dec 13, 2022                  Form ID: 3180W                                 Total Noticed: 33

| | | | Dec 14 2022 00:02:04 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
|---|---|---|---|---|
| 14643588 | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2022 23:48:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14643589 | + | Email/Text: fsncustbrnotice@fullservicenetwork.com | Dec 13 2022 23:48:00 | Full Service Network, 600 Grant St Fl 30, Pittsburgh, PA 15219-2702 |
| 14643592 | | EDI: IRS.COM | Dec 14 2022 04:48:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14699354 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:02:05 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699357 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:01:49 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14643593 | + | EDI: NAVIENTFKASMSERV.COM | Dec 14 2022 04:48:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14643596 | | EDI: PRA.COM | Dec 14 2022 04:48:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14726077 | | EDI: PRA.COM | Dec 14 2022 04:48:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14655006 | | EDI: PENNDEPTREV | Dec 14 2022 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14655006 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15395447 | ^ | MEBN | Dec 13 2022 23:45:10 | U.S. Bank Trust, N.A. as Trustee, of the LB-Cabana Series IV Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14643598 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Dec 13 2022 23:48:00 | United Auto Credit Co, 1071 Camelback St Ste 10, Newport Beach, CA 92660-3046 |
| 14678889 | | EDI: AIS.COM | Dec 14 2022 04:48:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14773934 | + | Email/Text: peritus@ebn.phinsolutions.com | Dec 13 2022 23:49:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 14726444 | + | Email/Text: ecfbnc@aldridgepite.com | Dec 13 2022 23:48:00 | Wilmington Savings Fund Society, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14750508 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 13 2022 23:48:00 | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Westlake Financial Svc |
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | U.S. Bank Trust, N.A., as Trustee of LB-Cabana Ser, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| cr | * | Westlake C/O Peritus Portfolio Services, P.O. Box 141419, IRVING, TX 75014-1419 |
| 14712684 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

District/off: 0315-7 User: auto Page 3 of 3

Date Rcvd: Dec 13, 2022 Form ID: 3180W Total Noticed: 33

Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541

14783797 * Westlake C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Karen S Hutchinson thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor William T Hutchinson  Sr. thedebterasers@aol.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee of LB-Cabana Series IV Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6