IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/13/22 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  WILLIAM T HUTCHINSON, SR.
  KAREN S HUTCHINSON
         Debtor(s)

Ronda J. Winnecour
         Movant
      vs.
No Repondents.

Case No.:17-70463 JAD

Chapter 13
Related to ECF No. 105

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 13th day of December, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jah
JEFFERY A. DELLER
UNITED STATES BANKRUTPCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William T Hutchinson, Sr.  
Karen S Hutchinson  
    Debtors

Case No. 17-70463-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3  
Date Rcvd: Dec 13, 2022      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William T Hutchinson, Sr., Karen S Hutchinson, 75 Privateroad 5069, Commodore, PA 15729-9116 |
| 14643582 | | Access Services - VIN Capitol, P.O. Box 157, Tampa, FL 33603 |
| 14661269 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14643590 | + | Holiday Financial Serv, 300 Walmart Dr Ste 150, Ebensburg, PA 15931-4214 |
| 14643591 | + | Indiana County Tax Claim Bureau, 825 Philadelphia Street, Indiana, PA 15701-3951 |
| 14662005 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14643594 | + | Northwest Consumer Discount Company, PO Box 456, Punxsutawney, PA 15767-0456 |
| 14724926 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner, Holmdel, NJ 07733-1976 |
| 14643595 | + | Penelec, 76 S. Main Street A-RPC, Akron, OH 44308-1812 |
| 14643597 | + | Tek Collect, 871 Park St, Columbus, OH 43215-1441 |
| 14643599 | | Westlake Financial Svc, PO Box 141419, Irving, TX 75014-1419 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotices@snsc.com | Dec 13 2022 23:49:00 | U.S. Bank Trust, N.A., as Trustee of LB-Cabana Ser, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14643583 | + | Email/Text: EBNProcessing@afni.com | Dec 13 2022 23:48:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14643584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2022 00:02:03 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14643585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:01:53 | Citifinancia, 300 Saint Paul Pl, Baltimore, MD 21202-2120 |
| 14643586 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2022 23:48:00 | Commonwealth of Pennsylvania, Department of Revenue, Strawberry Square, Fourth & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14643587 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 14 2022 00:02:15 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14643588 | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2022 23:48:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14643589 | + | Email/Text: fsncustbrnotice@fullservicenetwork.com | Dec 13 2022 23:48:00 | Full Service Network, 600 Grant St Fl 30, Pittsburgh, PA 15219-2702 |
| 14643592 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2022 23:48:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14699354 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:01:51 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699357 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:02:05 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14643593 | + | Email/PDF: pa_dc_claims@navient.com | Dec 14 2022 00:02:15 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14643596 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:01:51 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14726077 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:02:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14655006 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15395447 | ^ | MEBN | Dec 13 2022 23:45:12 | U.S. Bank Trust, N.A. as Trustee, of the LB-Cabana Series IV Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14643598 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Dec 13 2022 23:48:00 | United Auto Credit Co, 1071 Camelback St Ste 10, Newport Beach, CA 92660-3046 |
| 14678889 | | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2022 00:01:49 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14773934 | + | Email/Text: peritus@ebn.phinsolutions.com | Dec 13 2022 23:49:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 14726444 | + | Email/Text: ecfbnc@aldridgepite.com | Dec 13 2022 23:48:00 | Wilmington Savings Fund Society, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14750508 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 13 2022 23:48:00 | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Westlake Financial Svc |
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | U.S. Bank Trust, N.A., as Trustee of LB-Cabana Ser, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| cr | * | Westlake C/O Peritus Portfolio Services, P.O. Box 141419, IRVING, TX 75014-1419 |
| 14712684 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14783797 | * | Westlake C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-7 | User: auto | Page 3 of 3
--- | --- | ---
Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 32

Date: Dec 15, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com

Kenneth P. Seitz
on behalf of Joint Debtor Karen S Hutchinson thedebterasers@aol.com

Kenneth P. Seitz
on behalf of Debtor William T Hutchinson  Sr. thedebterasers@aol.com

Lauren Moyer
on behalf of Creditor U.S. Bank Trust  N.A., as Trustee of LB-Cabana Series IV Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6